

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00396-CV

**IN THE INTEREST OF H.A.G.**, a Child
Appellant
From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02990
Honorable Olin B. Strauss, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's May 8, 2014 order terminating the parent-child relationship between Xiomara and H.A.G. is AFFIRMED. Because appellant is indigent, no costs are assessed.

SIGNED November 21, 2014.

_____
Luz Elena D. Chapa, Justice